UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BROADCAST MUSIC, INC.** ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0165 |
| ) | Judge Nixon/Knowles |
| **BUCK WILD SALOON, LLC, et al.** ) | |

**O R D E R**

The Initial Case Management Conference in this action previously scheduled for April 21, 2011, at 10:00 a.m. is hereby rescheduled for **May 25, 2011, at 10:30 a.m.** Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge