**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:11-cv-00165 |
| ) | |
| BUCK WILD SALOON, LLC d/b/a ) | Judge Nixon |
| BUCK WILD SALOON and EDDIE R. ) | Magistrate Judge Knowles |
| EANES, individually, ) | |
| ) | |
| Defendants. ) | |

## RENEWED ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on February 23, 2011; that the Summons and Complaint were duly served upon Defendant Eddie R. Eanes on February 24, 2011; and no answer or other pleading has been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant Eddie R. Eanes, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By  _s/ Keith Throckmorton___
Keith Throckmorton
Clerk of Court