UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BROADCASE MUSIC, INC. )
)
v. ) Civil Action No. 3:11-0165
) Judge Nixon/Knowles
BUCK WILD SALOON, LLC, et al. )

O R D E R

Pursuant to the Entry of Default entered by the Clerk of Court on May 18, 2011 (Docket No. 10) and on June 1, 2011 (Docket No. 18), the Initial Case Management Conference scheduled for June 27, 2011, at 11:00 a.m., is CANCELLED.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge